# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00322-CR

**Andrew Coffee, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NO. A-99-0794-S, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING

Appellant Andrew Coffee was placed on deferred adjudication community supervision after pleading guilty to aggravated assault. *See* Tex. Pen. Code Ann. § 22.02(West 1994). The district court subsequently adjudicated appellant guilty and imposed sentence of eight years in prison and a $500 fine.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by advancing contentions which counsel says might arguably support the appeal. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

Counsel's brief concludes, after a thorough discussion of the relevant facts and applicable law, that the arguable points of error do not present reversible error. We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. Further discussion of the contentions advanced in counsel's brief would serve no beneficial purpose. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

David Puryear, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Affirmed

Filed: February 7, 2002

Do Not Publish